UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Because Creative Experiences, LLC et al.,

                             Plaintiffs,

-against-

Sharon Richey et al.,

                             Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2020

1:19-cv-08197 (JMF) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, February 19, 2020 at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

SO ORDERED.

DATED:    New York, New York
              February 10, 2020

                                                _____
                                                STEWART D. AARON
                                                United States Magistrate Judge