UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Because Creative Experiences, LLC et al.,

                            Plaintiffs,

-against-

Sharon Richey et al.,

                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2020

1:19-cv-08197 (LJL) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

As the parties have notified the Court that they are close to reaching a resolution of this action, the Settlement Conference scheduled for April 1, 2020 is adjourned *sine die*. If this action has not been resolved by April 27, 2020, the parties shall file a joint letter on that date proposing three available dates for a settlement conference to be held either in person or via telephone.

**SO ORDERED.**

DATED:    New York, New York
                March 26, 2020

_____
STEWART D. AARON
United States Magistrate Judge