```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Because Creative Experiences, LLC et al.,

                       Plaintiffs,

-against-

Sharon Richey et al.,

                       Defendants.

1:19-cv-08197 (LJL) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    At the request of counsel, the deadline for the parties to file a joint letter proposing dates for a settlement conference is hereby adjourned until  May 28, 2020.

**SO ORDERED.**

DATED:    New York, New York
                 April 28, 2020

                                                      _____
                                                      STEWART D. AARON
                                                      United States Magistrate Judge